UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5267 PA (PVCx) | Date | January 9, 2025 |
|---|---|---|---|
| Title | Lamps Plus, Inc. v. Xiangxie Lishe Electronics Business Services LTD | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   IN CHAMBERS – COURT ORDER

On September 23, 2024, the Court ordered plaintiff Lamps Plus, Inc. ("Plaintiff") to show cause in writing why this action should not be dismissed for lack of prosecution. Plaintiff filed a Response to the Order to Show Cause. After reviewing Plaintiff's Response, the Court, on September 30, 2024, extended the deadline for Plaintiff to serve defendant Xiangxie Lishe Electronics Business Services LTD ("Defendant") until January 3, 2025. To date, despite the expiration of its deadline to do so, Plaintiff has not filed a Proof of Service indicating that it has timely complied with the Court's September 30, 2024 Minute Order. Even though the 90-day deadline for serving process does not apply to service abroad, "if service in a foreign country is not pursued in a diligent fashion, the district court can dismiss the action because of the plaintiff's failure to prosecute." 4B Charles Alan Wright & Arthur R. Miller, et al., Federal Practice and Procedure: Federal Rules of Civil Procedure § 1137 (4th ed.) (footnotes omitted).

Accordingly, the Court, on its own motion, again orders Plaintiff to show cause in writing on or before **January 21, 2025**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order or to establish that Plaintiff has diligently prosecuted this action may result in the imposition of sanctions, including but not limited to dismissal of the action.

IT IS SO ORDERED.