SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI Cal Bar No. 196612
dyannuzzi@sheppardmullin.com
JESSE A. SALEN Cal Bar No. 292043
jsalen@sheppardmullin.com
TAKUMA NISHIMURA Cal Bar No. 347018
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for LAMPS PLUS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMPS PLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIANGXIE LISHE ELECTRONICS BUSINESS SERVICES LTD and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 24-cv-5267 PA (PVCx) <br><br> **RESPONSE TO ORDER TO SHOW CAUSE [DKT. 15] AND NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** <br><br> [Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)] <br><br> Judge: Hon. Percy Anderson <br> Magistrate: Hon. Pedro V. Castillo <br><br> Complaint Filed: June 21, 2024 <br> Trial Date: Not Scheduled |

CASE NO. 24-cv-5267 PA (PVCx)
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Plaintiff Lamps Plus, Inc. filed the Complaint in this action on June 21, 2024. Dkt. 1. Plaintiff promptly obtained a summons and initiated service of the summons and Complaint on Defendant, a Chinese corporations, through the Hague Service Convention. Dkt. 13, Ex. A. On September 23, 2024, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution. Dkt. 12. On September 30, 2024, Plaintiff responded to the order to show cause by indicating that service through the Hague Service Convention had been initiated, but had not yet completed. Dkt. 13. On January 9, 2025, the Court issued a second order to show cause as to why this action should not be dismissed for lack of prosecution. Dkt. 15. Plaintiff promptly investigated the status of service and was informed by Defendant's prior counsel that Defendant has dissolved.

IN VIEW OF THE FOREGOING, NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned action in its entirety without prejudice as to all claims and causes of action against Defendant.  Defendant has not filed any answer to Plaintiff's Complaint and Defendant has advanced no cross-claims.

Dated:  January 17, 2025

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Jesse A. Salen*
      JESSE A. SALEN

Attorneys for Lamps Plus, Inc.